IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                               Case No.  3:14cr16/LAC

CORTEZ KWAME JOHNSON,

      Defendant.
_____/

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

      COMES NOW the undersigned attorney, Assistant Federal Public Defender Randall S. Lockhart, and moves the court to allow him and the Office of the Federal Public Defender to withdraw as counsel for the Defendant in the above-styled cause.  In support of this Motion, counsel states:

      1.      On March 10, 2014, the Office of the Federal Public Defender was appointed to represent the Defendant.  Undersigned counsel was assigned to handle the Defendant's case.

      2.      Last week it became known to counsel that the Office of the Federal Public Defender has a conflict of interest in representing the Defendant.  Specifically, the Federal Public Defender's Office has previously represented an individual who has

provided information at the grand jury in the instant case and who will likely be a witness against the Defendant.

3.      As a result, counsel's office has contacted CJA panel attorney Clint Couch, who has agreed to assume the Defendant's representation should this Motion be granted.

4.      Undersigned counsel has conferred with Assistant U.S. Attorney Tiffany Eggers and she has no objection to the instant Motion.

WHEREFORE, undersigned counsel moves the Court to allow him and the Office of the Federal Public Defender to withdraw as counsel for the defendant.

 */s/ Randall S. Lockhart*
RANDALL S. LOCKHART
Michigan Bar No. P58597
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Randall_Lockhart@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished TIFFANY EGGERS, Assistant U.S. Attorney, 21 E. Garden Street, Suite 400, Pensacola, FL 32502, by Notice of Electronic Filing this 1st day of April 2014.

        /s/ Randall S. Lockhart
        RANDALL S. LOCKHART
        Michigan Bar No. P58597
        Attorney for Defendant
        3 W. Garden Street, Ste. 200
        Pensacola, FL 32502
        (850) 432-1418
        Randall_Lockhart@fd.org